**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1015

REGINA M. HUNTER EL,

Plaintiff - Appellant,

v.

ELIJAH HUNTER; SUMTER COUNTY MAGISTRATE COURT,

Defendants - Appellees.

No. 22-1021

ELIJAH HUNTER,

Plaintiff - Appellee,

v.

REGINA M. HUNTER EL, a/k/a Regina M. Hunter, a/k/a Regina Mack, a/k/a Hunter,

Defendant - Appellant.

Appeals from the United States District Court for the District of South Carolina, at Columbia.  Margaret B. Seymour, Senior District Judge.  (3:21-cv-02928-MBS; 3:21-cv-02929-MBS)

Submitted:  November 29, 2022                    Decided:  January 4, 2023

---

Before NIEMEYER and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Regina M. Hunter El, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Regina M. Hunter-El appeals the district court's order dismissing her federal complaint without prejudice and remanding a removed complaint to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hunter-El v. Hunter*, No. 3:21-cv-02928-MBS (D.S.C. filed Oct. 17, 2021; entered Oct. 18, 2021); *Hunter v. Hunter-El*, No. 3:21-cv-02929-MBS (D.S.C. filed Oct. 17, 2021; entered Oct. 18, 2021). We deny Hunter-El's motions to supplement and for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*